**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHARD J. LYNCH,

    Plaintiff,

v.

DEPUTY WARDEN REWERTS,

    Defendant.
_____/

Case No. 18-cv-12283

Honorable Nancy G. Edmunds

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S**
**APRIL 29, 2019 REPORT AND RECOMMENDATION [20]**

Pending before the Court is the magistrate judge's April 29, 2019 report and recommendation. (ECF No. 20.) The magistrate judge recommends that the Court grant Defendant's motion to dismiss (ECF No. 12). (*See id.*) The Court is fully advised in the premises and has reviewed the record and the pleadings in this matter. Neither party filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation and **GRANTS** Defendant's motion to dismiss. It is further ordered that Plaintiff's complaint is hereby **DISMISSED** in its entirety with prejudice.

1

**SO ORDERED.**

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: June 4, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 4, 2019, by electronic and/or ordinary mail.

    s/Lisa Bartlett
    Case Manager